

# GRAHAM CURTIN
*A Professional Association*

GEORGE C. JONES
Direct Dial 973-401-7145
gjones@GrahamCurtin.com

November 5, 2008

**VIA ECF AND REGULAR MAIL**

Honorable Mark Falk
United States Magistrate Judge
United States Post Office
 and Courthouse Building
Room 457
1 Federal Square
Newark, New Jersey 07102

    Re: *Teva Pharmaceutical Industries, Ltd., et al.
       v. SmithKline Beecham Corporation*
       Civil Action No. 08-3706 (DMC) (MF)

Dear Judge Falk:

  This firm, along with Kirkland & Ellis LLP, represents defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") in connection with the above-referenced matter. This letter is submitted in lieu of a formal motion seeking the Court's permission for Peter J. Armenio, Ellen A. Scordino, Timothy K. Gilman, and Tamir Packin of Kirkland & Ellis LLP to appear on behalf of GSK *pro hac vice*. Counsel for plaintiffs has consented to the *pro hac vice* admissions of these attorneys.

  I enclose for Your Honor's reference in this regard a copy of my Declaration submitted in support of this application as well as copies of the Declarations of Peter J. Armenio, Ellen A. Scordino, Timothy K. Gilman, and Tamir Packin. All of these documents have been filed electronically.

714220_1



Hon. Mark Falk, U.S.M.J.
November 5, 2008
Page 2

      I am also enclosing an original and two (2) copies of a proposed form of Consent Order providing for the *pro hac vice* admissions of these attorneys. The text of the proposed order has also been filed electronically. We respectfully request that Your Honor enter the enclosed Order.

      We greatly appreciate the Court's consideration of this matter.

                            Respectfully yours,

                            GEORGE C. JONES

GCJ/jmc
Enclosures

cc:    Michael E. Patunas, Esq. (w/encs.) (via ECF and e-mail)
        Jeffrey A. Simes, Esq. (w/encs.) (via e-mail)
        Ellen A. Scordino, Esq. (w/encs.) (via e-mail)

714220_1