Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Tel: 973.292.1700
Fax: 973.292.1767

ATTORNEYS FOR DEFENDANT
SMITHKLINE BEECHAM CORP.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br><br> Defendant. | Civil Action No. 08-3706-DMC-MF <br><br> **DECLARATION OF TAMIR PACKIN IN SUPPORT OF CONSENT APPLICATION FOR *PRO HAC VICE* ADMISSION** |

TAMIR PACKIN, of full age, hereby declares as follows:

    1.    I am an attorney-at-law of the State of New York and an associate in the law firm of Kirkland & Ellis LLP, with offices located in New York, New York. My firm is co-counsel to defendant Smithkline Beecham Corporation ("GSK") in the captioned matter.

    2.    I submit this declaration in support of GSK's application for my admission *pro hac vice* pursuant to L.CIV.R. 101.1(c), for the purpose of appearing and participating on behalf of GSK in this matter.

558835_1

3.  I am a member in good standing of the Bar of the State of New York. I am not under suspension or disbarment by any court. I am not eligible for admission to the bar of this Court under L.Civ.R. 101.1(b), and therefore seek admission *pro hac vice* pursuant to L.Civ.R. 101.1(c).

4.  I am associated in this matter with Thomas R. Curtin and George C. Jones of Graham Curtin, P.A., who are counsel of record for GSK. All notices, orders and pleadings may continue to be served upon their law firm.

5.  I am aware that if I am admitted *pro hac vice*, I must make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) for each year in which I continue to represent a client in any matter pending in this Court. I am also aware that L.Civ.R. 101.1(c) requires payment of $150 to the Clerk of this Court in connection with my admission for this case.

6.  I am further aware that, if admitted *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2008.

_____
Tamir Packin

558835_1