NOT FOR PUBLICATION **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHLKINE, <br><br> Defendant. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civil Action No. 08-cv-3706 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motions by Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") for a judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) and to dismiss Count II of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6); the Court having reviewed all submissions, and for the reasons stated in its Opinion issued on this day;

IT IS on this   16th   day of June, 2009;

**ORDERED** that that GSK's motion for a judgment on the pleadings is **granted**; and it is further

**ORDERED** that GSK's motion to dismiss Count II of the Complaint is **denied** as moot; and it is further

**ORDERED** that any Counter Claims are **dismissed**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

                                                        S/ Dennis M. Cavanaugh
                                                  Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:           All Counsel of Record
              The Honorable Mark Falk, U.S.M.J.
              File